pg

Frank M. ConWay, clerk
Circuit Court For Baltimore City
Clarence M. Mitchell, Jr Courthouse
111 N. Calvert street, Courthouse East
Baltimore MD. 21202

Plaintiff

CARVet Carlyle
4124 MARX Ave
Baltimore MD 21206

VRS.

Defendant's

A. Travelers INsurance

Insured:
Carvet Carlyle
Policy No. 9855270906331
Resident Agent
The Maryland Insurance Administration
200 st. paul place
Baltimore Md. 21202-2272

B.
Vannoy & Associate
Consulting Engineer
Mr. Thomas M. Krauth
Resident agent:
LAwrence A. MeLfa
401 Allegheny Ave
Towson MD. 21204

action of suite
VRS
Travelers INsurance

Replacement Coast of property damage, Dispute of Coverages NoNe - return of property, Material cause futher damage I am Disputing Document's obtain With out Written Consent of another indiviual, Rule 5 U.S.C. — 552 A.

Civical Amount oWed $35,000

2013 FEB -5 PM 4:28
CIVIL DIVISION

I Ms Carlyle is disputing Coverages
INsurance Company claim dispute
INsurer: Travelers
Policy No. 985527090 - 633-1

I,
Ms Carlyle enter INsurance With Travelers Home and Marine INsurance Companyon ________ policy No. 985527090-633-1

I Am Disputing With Travelers INsurance Class action Suit of Replacement Coast, Dispute of Coverages.

Claim No HCD 7588 D/L 2/26/2010
Claim No HCD 7590 D/L 2/17/2010
Claim No HCD 8441 D/L 2/26/2010
File No Trav/51653

IN Addition:
Dispute BGE private policy Information Collection And use, Information sharing and Disclosure. Dispute Against Defendants Travelers INsurance, Engineer Mr Thomas Krauth, obtain Information fraudgently With out Consent of Another INdivial, Violating the privacy act and proceedures of obtaining information on Indivial.

Contractor repairs of estimate, Dispute of coverages And Amount to repair damages interior, exterior of house - Mold Redemtion of Hazard material.

Siding- disputing Coverages, Replacement Coast of (Contractor Estimate of Repair Additionally- Claim Adjuster

I Ms Carret Carlyle is disputing coverages Insurance claim dispute

Insurer: Travelers
Policy No. 985527090-633-1

I,

Ms Carlyle enter insurance With, Travelers Home Marine Insurance Company ON ______________ Policy No. 985527090-633-1

I am Disputing With Travelers insurance, class action suit of Replacement Coast, Dispute of Coverages. Claim No. HCD 7588 D/L 2/26/2010
HCD 7590 D/L 2/17/2010
HDN 8441 D/L 2/26/2010
* File No. Trav/51653.

Contractor repairs of estimate, Dispute of Coverages and Amount to repair damages to interior, Exterior of house. Mold Redemtion of Hazarard materials, movement of hazard materials Replace coast and repairs

Siding - disputing Coverages, Replacement coast of Contractor Estimate of Repair. Additionally Claim Adjuster.

OF Travelers removing siding, materials to be tested NON return of materials removed on two occassions For siding to be tested by An Independent Company per Travelers, siding Was removed by Travelers, Claim Adjuster) Engineer Mr Thomas Krauth. Siding Was sent out to An Independent Laborty For testing that Was not return, because of this has Cause Additional damages interior and exterior of the home and now Want's me to piece the damage Area's of the right side of home, Front area of Home, Replacement siding in both area's, In Addition Replace Wood installation Were needed. I have ask Travelers Insurance to be present of all and any inspections, at times I Was un Ware of other inspections later I Was in Form by Travelers Insurance enter the property 4124 MArx. In Addition there Was a meeting With my self, Contractor Krause Renovations, Claim Adjuster, Claim Manger Mr David Bushmen, Engineer Mr. Thomas Krauth. In Addition- Mold Damage 1st 2Nd Floor, Attaick, Basementassesment for property locatedat 4124 MarX Ave providing a letter of remediation recommendations Remove all items place in to storage Temporiarly. Clean With anti microbial encapsalant agent as Well as Anti Fungal agent to clean and safe enviorment.

Personal items May Need Dry-clean, Laundry Dry clean Curtains, personal Ware, Some personal items made need to be replace Kitchen Cabinet's, Replace Rug, re-Frigerator due to Mold Particauls in the air. Insurer Travelers Did not allow For Coverages to Remove Mold, Replacement OF Hazards product's, Cleaning Hazard materials.

Additional Living expense Fair Rental Value, due to hazard Condition Mold Damage. Home owner Was advise to relocate recommend by Doctor, A copy submitted to Attroney Mr. Mark Stiller c/o Travelers Insurance. Also Advise to relocate per Contractor Mr. Flanagan as well as claim Adjuster both agreed because of Hazards Condition to relocate. Claim Was resign to three claim Adjuster's. claim No HCD 7590

In Addition B.E. Theft Disputing Replacement Coast

At the time I listed a number of items that I Claim were stolen in the theft report, I have submitted inventory claim sheet Form Submitted to Mr. Gary Dunnigan hired by Traveler's Picture's Was ask-of me proof of ownership of items doing discovery of theft Additional pictures taken by Mr Dunnigan interior, exterior of house. picture taken of empty Boxes Warranty slip of Merchandise, Missing item, product 1st Floor House, Second Floor, Attaick, Basement's Front porch (Picture's are Missing after requesting information picture's has not been Submitted explanation of ownership of Missing items proof of purchase or Were Items Was brought at Locations

Itmez estim ement of Value of Various Stores. I feel information is being With Held. Disputing replacement Coast, Additional Coverages. I am requesting File and all picture's For the Following dates 2-2010, 3-2010, 4-2010 5-2010, 6-2010 through YR 2011 in And all picture's a part of claim HCD 7588 orginal Claim No. resigned Claim No. HDN 8441 (Pictures of interior and exterior of House, Record Statement submitted by Mr Gary Dunnigan.

In Addition - Contractor Repair and Replacement Coast, Contractor Estimates of dispute two Estimates of repair Coast, Which never taken under Consideration. Traveler's policy insured May be intitled under the Following coverages, Additional Coverages, inFlation Coverage, Additional Living expense Coverage D- Loss of use, Fair Rental Value, Replace Refrigerated products Coverage. Due to Mold, strucle damage may Fall under the ordiance Law under special provisions. Additionally Disputing Amount owed after Work Completed Additional monies owed to Mr Charles Lovelist hired as A handy Man fair reasonable Amount owed.

Dispute BGE Private policy information Collection and Use, Information sharing and Disclosure. Dispute Against defendants. Travelers Insurance, Engineer Mr Thomas Krauth.

Additionally-Travelers hired engineer to Conduct inspection information on policy Holder Was obtain Fraudently under the privacy act of an Indival engineer use upper Authority to obtain information on Indival, With out Consent from Indival, The outages monitors and maintains there equipment 02/06/2010 Section of Over head Wires burned down in the 4000 block of Southern Ave. Doing Blizzards condition (134 Customer affected locally; out services 9 Hours or Longer See Attach Documents pertaining to Circumstance.

I Ms carveT Carlyle Insured by Travelers Insurance I have submitted a letter of mediation of Settlement to resolve claim of Dispute to Traveler Mr Mark Stiller LLP c/o of Travelers Insurance.

Plaintiff

Carvet Carlyle
4124 MARX Ave
Baltimore Md 21206
Phone No. 443-277-8778

Defendant's

A. Travelers Insurance

Resident Agent
The Maryland INsururance Adminstration
200 st paul place
Baltimore Md 21202-2272

B. Vannoy & Assoicate Consulting Engineer
Mr. Thomas M. Krauth
Resident Agent:
LAwrence A. MelFa
401 Allegheny Ave
Towson Md 21204

Ms. Carvet Carlyle

2/5/2013